**Opinion issued May 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

### NO. 01-20-00737-CV

—————————————

## CHOICE! NATURAL GAS, LP, Appellant

## V.

## JOHN F. KLOSEK, Appellee

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-89242**

---

## MEMORANDUM OPINION

On April 13, 2021, this case was abated at the parties' request so that they could finalize a settlement. On May 7, 2021, Choice! Natural Gas, LP, representing that the parties reached a settlement agreement resolving their underlying dispute, filed a motion to dismiss the appeal. *See* TEX. R. APP. P.

42.1(a). The certificate of conference indicates appellee is unopposed to the motion. No cross appeal has been filed, and no opinion has issued. *See id.* 42.1(a), (c).

We reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See id.* 42.1(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.